IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLYDE HOLT, # 199 507,       ) | |
|                              ) | |
|    Plaintiff,           ) | |
|                              ) | |
|    v.                   ) | CASE NO. 2:15-CV-494-WKW |
|                              ) | [WO] |
| CAPTAIN SMILEY, *et al.*,    ) | |
|                              ) | |
|    Defendants.          ) | |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 12) to which no timely objections have been filed. After an independent review of the record, the court finds that the Recommendation is due to be adopted. Accordingly, it is ORDERED that the Recommendation (Doc. # 12) is ADOPTED, that Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED as moot, and that this action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 1st day of September, 2015.

                                                   /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE