IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLYDE HOLT, #199 507, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:15-CV-494-WKW |
| | ) | [WO] |
| CAPTAIN SMILEY, OFFICER | ) | |
| RUFFIN, OFFICER GREEN, | ) | |
| OFFICER MOSS, SGT. SMOKE, | ) | |
| OFFICER PARKER, and | ) | |
| OFFICER OSBORNE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 61.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 61) is ADOPTED.

2.    This action is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

A final judgment will be entered separately.

DONE this 22nd day of March, 2018.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE